■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFREDO RODRIGUEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Sherman, J.), rendered May 2, 1986, convicting him of burglary in the second degree, criminal mischief in the fourth degree and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Gomez,* 137 AD2d 556 [decided herewith]). Thompson, J. P., Rubin, Eiber and Sullivan, JJ., concur.